Norma V. Garcia, SBN 223512
Jeffrey M. Blank, SBN 217522
Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noodle Time, Inc., a Florida corporation<br><br>Plaintiff(s)<br>v.<br><br>Benihibachi, a California corporation<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-10612-DSF-AFM<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Moreira, Janet C. of Maven IP
*Applicant's Name (Last Name, First Name & Middle Initial)*    9480 N.E. 2nd Avenue, Suite 65
305.967.7450    305.967.7450    Miami Shores, FL 33138
*Telephone Number*    *Fax Number*
janet@mavenip.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Noodle Time, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Garcia, Norma V.    of    Garcia Rainey Blank & Bowerbank LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    695 Town Center Drive, Suite 700
223512    714.382.7000    714.784.0031    Costa Mesa, CA 92626
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
ngarciaguillen@garciarainey.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  January 7, 2021    _____
                                               U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1