Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
**NOLAN HEIMANN LLP**
16133 Ventura Blvd. Ste. 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile:  (818) 574-5689
E-mail: jsusman@nolanheimann.com
marnold@nolanheimann.com

Attorneys for Defendant
BENIHIBACHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOODLE TIME, INC., a Florida corporation, <br><br> Plaintiff <br><br> vs. <br><br> BENIHIBACHI, a California corporation. <br> Defendant. | Case No.  2:20-cv-10612 <br><br> **DEFENDANT BENIHIBACHI'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** |

Defendant Benihibachi by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses to Plaintiff Noodle Time, Inc.'s ("Plaintiff") Complaint (the "Complaint") as follows:

## ANSWER

1. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 1.

2. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 2.

3. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 3.

4. Benihibachi denies there were "willful actions." Benihibachi admits the remaining allegations in Paragraph 4.

5. Benihibachi admits the allegations in Paragraph 5.

6. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies the allegations on that basis.

7. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and therefore denies the allegations on that basis.

8. Benihibachi admits the allegations in Paragraph 8.

9. Benihibachi denies the allegations in Paragraph 9.

10. Benihibachi admits the allegations in Paragraph 10.

11. Benihibachi denies the allegations in Paragraph 11

12. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore denies the allegations on that basis.

13. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies the allegations on that basis.

14. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies the allegations on that basis.

15. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies the allegations on that basis.

16. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies the allegations on that basis.

17. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies the allegations on that basis.

18. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies the allegations on that basis.

19. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies the allegations on that basis.

20. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies the allegations on that basis.

21. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies the allegations on that basis.

22. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies the allegations on that basis.

23. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies the allegations on that basis.

24. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies the allegations on that basis.

25. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies the allegations on that basis.

26. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies the allegations on that basis.

27. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies the allegations on that basis.

28. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies the allegations on that basis.

29. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies the allegations on that basis.

30. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies the allegations on that basis.

31. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies the allegations on that basis.

32. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies the allegations on that basis.

33. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies the allegations on that basis.

34. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies the allegations on that basis.

35. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies the allegations on that basis.

36. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies the allegations on that basis.

37. Benihibachi admits the allegations in Paragraph 37.

38. Benihibachi denies that it uses a mark confusingly similar to Plaintiff's Marks, and admits the remaining allegations in Paragraph 38.

39. Benihibachi denies that it is misusing Plaintiff's Marks, and admits the remaining allegations in Paragraph 39.

40. Benihibachi denies the allegations in Paragraph 40.

41. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 41.

42. Benihibachi denies the allegations in Paragraph 42.

43. Benihibachi denies that it is using Plaintiff's Marks, and admits the remaining allegations in Paragraph 43.

44. Benihibachi denies that it was put on notice of Plaintiff's rights, and admits the remaining allegations in Paragraph 44.

45. Benihibachi admits the allegations in Paragraph 45.

46. Benihibachi admits the allegations in Paragraph 46.

47. Benihibachi admits the allegations in Paragraph 47.

48. Benihibachi denies the allegations in Paragraph 48.

49. Benihibachi denies the allegations in Paragraph 49.

50. Benihibachi denies the allegations in Paragraph 50.

51. Benihibachi denies the allegations in Paragraph 51.

52. Benihibachi denies the allegations in Paragraph 52.

53. Benihibachi denies the allegations in Paragraph 53.

54. Benihibachi denies the allegations in Paragraph 54.

55. Benihibachi admits the allegations in Paragraph 55.

56. Benihibachi denies the allegations in Paragraph 56.

57. Benihibachi denies the allegations in Paragraph 57.

58. Benihibachi denies the allegations in Paragraph 58.

59. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies the allegations on that basis.

## COUNT I
**INFRINGEMENT OF A REGISTERED TRADEMARK (15 U.S.C. § 1114)**

60. Benihibachi incorporates by reference its responses to paragraphs 1 through 59 above as if they were fully set forth herein.

61. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 61.

62. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies the allegations on that basis.

63. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies the allegations on that basis.

64. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies the allegations on that basis.

65. Benihibachi denies the allegations in Paragraph 65.

66. Benihibachi denies the allegations in Paragraph 66.

67. Benihibachi denies the allegations in Paragraph 67.

68. Benihibachi admits the allegations in Paragraph 68.

69. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies the allegations on that basis.

70. Benihibachi denies the allegations in Paragraph 70.

71. Benihibachi denies the allegations in Paragraph 71.

72. Benihibachi denies the allegations in Paragraph 72.

**COUNT 2: FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING AND UNFAIR COMPETITION**

**(15 U.S.C. § 1125(a))**

73. Benihibachi incorporates by reference its responses to paragraphs 1 through 72 above as if they were fully set forth herein.

74. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 74.

75. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and therefore denies the allegations on that basis.

76. Benihibachi denies the allegations in Paragraph 76.

77. Benihibachi denies the allegations in Paragraph 77.

78. Benihibachi admits Plaintiff has no control over the nature and quality of the goods/services sold by it. Benihibachi denies the remaining allegations in Paragraph 78 and therefore denies the allegations on that basis.

79. Benihibachi admits its use, ownership and/or registration of the Defendant's Marks are all without Plaintiff's permission, license, or consent and that it is not connected with Plaintiff or the BENIHANA® Marks. Benihibachi denies the remainder of the allegations in Paragraph 79.

80. Benihibachi denies the allegations in Paragraph 80.

81. Benihibachi denies the allegations in Paragraph 81.

82. Benihibachi denies the allegations in Paragraph 82.

**COUNT 3: CALIFORNIA STATUTORY UNFAIR COMPETITION**
**(Cal. Bus. & Prof. Code § 17200, *et seq*.)**

83. Benihibachi incorporates by reference its responses to paragraphs 1 through 82 above as if they were fully set forth herein.

84. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 84.

85. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies the allegations on that basis.

86. Benihibachi denies the allegations in Paragraph 86.

87. Benihibachi denies the allegations in Paragraph 87.

88. Benihibachi denies the allegations in Paragraph 88.

89. Benihibachi denies the allegations in Paragraph 89.

90. Benihibachi denies the allegations in Paragraph 90.

91. Benihibachi admits its use, ownership and/or registration of the Defendant's Marks are all without Plaintiff's permission, license, or consent and that it is not connected with Plaintiff or the BENIHANA® Marks. Benihibachi denies the remainder of the allegations in Paragraph 91.

92. Benihibachi denies the allegations in Paragraph 92.

93. Benihibachi denies the allegations in Paragraph 93.

94. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and therefore denies the allegations on that basis.

95. Benihibachi denies the allegations in Paragraph 95.

96. Benihibachi denies the allegations in Paragraph 96.

97. Benihibachi denies the allegations in Paragraph 97.

98. Benihibachi denies the allegations in Paragraph 98.

## COUNT 4: FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(c))

99. Benihibachi incorporates by reference its responses to paragraphs 1 through 98 above as if they were fully set forth herein.

100. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies the allegations on that basis.

101. Benihibachi denies the allegations in Paragraph 101.

102. Benihibachi denies the allegations in Paragraph 102.

103. Benihibachi denies the allegations in Paragraph 103.

104. Benihibachi denies the allegations in Paragraph 104.

## COUNT 5: TRADEMARK DILUTION
### (Cal. Bus. & Prof. Code § 14247)

105. Benihibachi incorporates by reference its responses to paragraphs 1 through 104 above as if they were fully set forth herein.

106. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies the allegations on that basis.

107. Benihibachi denies the allegations in Paragraph 107.

108. Benihibachi denies the allegations in Paragraph 108.

109. Benihibachi denies the allegations in Paragraph 109.

110. Benihibachi denies the allegations in Paragraph 110.

## COUNT 6: INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

111. Benihibachi incorporates by reference its responses to paragraphs 1 through 110 above as if they were fully set forth herein.

112. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies the allegations on that basis.

113. Benihibachi denies the allegations in Paragraph 113.

114. Benihibachi denies the allegations in Paragraph 114.

115. Benihibachi denies the allegations in Paragraph 115.

116. Benihibachi denies the allegations in Paragraph 116.

**COUNT 7: NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**

117. Benihibachi incorporates by reference its responses to paragraphs 1 through 116 above as if they were fully set forth herein.

118. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and therefore denies the allegations on that basis.

119. Benihibachi denies the allegations in Paragraph 119.

120. Benihibachi denies the allegations in Paragraph 120.

121. Benihibachi denies the allegations in Paragraph 121.

122. Benihibachi denies the allegations in Paragraph 122.

123. Benihibachi denies the allegations in Paragraph 123.

**COUNT 8: COMMON LAW UNFAIR COMPETITION**

124. Benihibachi incorporates by reference its responses to paragraphs 1 through 123 above as if they were fully set forth herein.

125. Benihibachi lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies the allegations on that basis.

126. Benihibachi denies the allegations in Paragraph 126.

127. Benihibachi denies the allegations in Paragraph 127.

128. Benihibachi denies the allegations in Paragraph 128.

129. Benihibachi denies the allegations in Paragraph 129.

130. Benihibachi denies the allegations in Paragraph 130.

**COUNT 9: DECLARATORY RELIEF (28 U.S.C. §§ 2201-2202)**

131. Benihibachi incorporates by reference its responses to paragraphs 1 through 130 above as if they were fully set forth herein.

132. Benihibachi denies the allegations in Paragraph 132.

133. Benihibachi denies the allegations in Paragraph 133.

134. Benihibachi denies that it seeks to use the BENIHANA® Marks in connection with its business. Benihibachi denies the remaining allegations in Paragraph 134.

135. This paragraph states legal conclusions as to which no response is required. To the extent a response is required, however, Benihibachi denies the allegations in Paragraph 135.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

136. The Complaint, on one or more counts set for therein, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Fair Use)

137. The claims made in the Complaint are barred, in whole or in part, by the doctrine of fair use, nominative fair use and/or descriptive fair use.

### THIRD AFFIRMATIVE DEFENSE
### (Innocent Infringement)

138. The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, was innocent.

### FOURTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

139. The claims made in the Complaint are barred, in whole or in part, by applicable statutes of limitations.

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

140.  Plaintiff's claims are barred by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Benihibachi's actions.

## SIXTH AFFIRMATIVE DEFENSE

### (Generic Terms)

141.  The claims made in the Complaint are barred, in whole or in part, on the basis that some or all marks at issue are generic.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Secondary Meaning)

142.  The claims made in the Complaint are barred, in whole or in part, on the basis that some or all marks at issue lack secondary meaning.

## EIGHTH AFFIRMATIVE DEFENSE

### (Non-Infringement)

143.  Benihibachi has not infringed any applicable trademarks under federal or state laws.

## NINTH AFFIRMATIVE DEFENSE

### (No Causation)

144.  Plaintiff's claims against Benihibachi are barred because Plaintiff's damages, if any, were not caused by Benihibachi.

## TENTH AFFIRMATIVE DEFENSE

### (No Damage)

145.  Without admitting that the Complaint states a claim, there has been no damage in any amount, manner or at all by reason of any act alleged against Benihibachi in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

13
DEFENDANT BENIHIBACHI'S ANSWER AND AFFIRMATIVE DEFENSES

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

146. Plaintiff's claims are barred by the doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Irreparable Harm)

147. Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Benihibachi's actions.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Adequacy of Remedy at Law)

148. The alleged injury or damage suffered by Plaintiff, if any, would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

149. The claims made in the Complaint are barred, in whole or in part, because of a failure to mitigate damages, if such damages exist.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (First Amendment)

150. The claims made in the Complaint are barred, in whole or in part, by the First Amendment to the Constitution of the United States.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

151. The Complaint is barred by other affirmative defenses that Benihibachi may allege as those defenses become known through discovery.

## PRAYER FOR RELIEF

WHEREFORE, Benihibachi prays for judgment against Plaintiff as follows:

1. The Complaint be denied.

2. That Plaintiff take nothing by reason of its Complaint;

3. That Benihibachi be awarded such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant demands trial by jury on all claims and defenses so triable.

Dated: January 28, 2021                                NOLAN HEIMANN LLP

                                                By:      */s/ Jordan Susman*
                                                       Jordan Susman
                                                       Attorneys for Defendant
                                                       Benihibachi

15
DEFENDANT BENIHIBACHI'S ANSWER AND AFFIRMATIVE DEFENSES

# CERTIFICATE OF SERVICE

I, Jordan Susman, certify that on January 28, 2021, the foregoing document entitled **DEFENDANT BENIHIBACHI'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** was filed electronically in the Court's EFC; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                                          */s/ Jordan Susman*
                                          Jordan Susman