GARCIA RAINEY BLANK & BOWERBANK LLP
A Limited Liability Partnership
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-1993
Telephone: 714.382.7000
Facsimile: 714.784.0031
Attorneys for Plaintiff NOODLE TIME, INC.

Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
**NOLAN HEIMANN LLP**
16133 Ventura Blvd. Ste. 820
Encino, California 91436
Telephone: (818) 574-5710
Facsimile: (818) 574-5689
E-mail: jsusman@nolanheimann.com
marnold@nolanheimann.com
Attorneys for Defendant BENIHIBACHI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOODLE TIME, INC., a Florida corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BENIHIBACHI, a California corporation. <br><br> Defendant. | Case No. 2:20-CV-10612 <br><br> **STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL** <br><br> Judge: Hon. Dale S. Fischer |

Plaintiff Noodle Time, Inc. ("Plaintiff") and Defendant Benihibachi ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, having settled this action, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further stipulate that each party shall bear its own costs and attorneys' fees. The Parties further agree and request that this Court shall retain jurisdiction for three years to enforce any and all portions of the Settlement Agreement in the event of default or breach.

The effectiveness of this stipulation of dismissal is explicitly conditioned on the Court's entry of an order retaining jurisdiction for three years.

Dated: July 14, 2021                    Respectfully Submitted,


                                        */s/ Norma V. García*

                                        GARCIA RAINEY BLANK &
                                        BOWERBANK LLP
                                        A Limited Liability Partnership
                                        JEFFREY M. BLANK
                                        jblank@garciarainey.com
                                        NORMA V. GARCIA,
                                        ngarciaguillen@garciarainey.com
                                        695 Town Center Drive, Suite 700
                                        Costa Mesa, California 92626-1993
                                        Telephone: 714.382.7000

Facsimile: 714.784.0031
Attorneys for Plaintiff
NOODLE TIME, INC.

Dated: July 14, 2021                NOLAN HEIMANN, LLP

By: _____/s/ Jordan Susman_____
    Jordan Susman
    Attorneys for Defendant
    Benihibachi